UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 12-37003 ABA

Debtor: Anthony N. Morano

| Check Number | Creditor | Amount |
|---|---|---|
| 1854925 | Wells Fargo Bank, N.A. | 2402.24 |

*/s/ Isabel C. Balboa*

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   August 11, 2014